**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

Unclaimed Dividends/Distribution Less Than $5.00 For Deposit To Registry Fund

Debtor:  Paul & Dionne Peterson

Chapter 7 Case No.  10-60894

Please Check One:

☐ 1  Unclaimed Dividends

x 2  Distribution Less Than $5.00



Rung
Receipt #
193982 cwv
09-19-11

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Wisper High Speed Internet<br>PO Box 112<br>Sauk Centre, MN  56378 | 7 | 181.01 | 4.61 |

Date: September 16, 2011

/e/ Gene W. Doeling
Trustee Gene W. Doeling
P.O. Box 423
Fargo, ND 58107
701.232.8757